**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Preston Marshall and Rusk Capital Management, L.L.C.

Appellate case number:   01-22-00513-CV

Trial court case number:  2015-35950

Trial court:               11th District Court of Harris County

Relators, Preston Marshall and Rusk Capital Management, L.L.C., have filed a petition for a writ of mandamus challenging the trial court's June 29, 2022 order denying their request to supersede a portion of the judgment. Relators also have filed an emergency motion for temporary relief, seeking to "stay enforcement and execution of the entirety of the Court's May 9, 2022 final judgment" pending appeal. Given that no notice of appeal has been filed in this Court, relators' motion is **denied**.

The Court requests a response to the petition for writ of mandamus from real parties in interest. The response if any, is due no later than Monday, August 1, 2022.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                               Acting individually


Date: <u>July 12, 2022</u>